160 A.3d 547

SANTIAGO, Isa Manuel

v.

STATE of Maryland

Pet Docket No. 14, Sept. Term, 2017

Court of Appeals of Maryland.

May 9, 2017

Opinion of the Court of Special Appeals unreported (No. 1694, Sept. Term, 2015). Transferred to the regular docket as No. 10, Sept. Term, 2017.

Petition for writ of certiorari granted.

■

160 A.3d 547

ANIBABA

v.

DEPT. OF HEALTH & MENTAL HYGIENE

Pet. Docket No. 1, Sept. Term, 2017

Court of Appeals of Maryland.

May 22, 2017

Opinion of the Court of Special Appeals unreported (No. 2439, Sept. Term, 2015).

Petition for writ of certiorari denied.